United States District Court
Southern District of Texas
**ENTERED**
October 10, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| FRANCISCO P CORTES, *et al.*, | § | |
| | § | |
| Petitioners, | § | |
| VS. | § | CIVIL ACTION NO. 5:17-CV-128 |
| | § | |
| THE UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |
| | § | |

# ORDER

On September 12, 2018, U.S. Magistrate Judge Diana Song Quiroga issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1) recommending that the District Court dismiss this case sua sponte with prejudice as frivolous and for failure to state a claim on which relief can be granted. (Dkt. No. 44). Neither Party has filed objections to the Report and Recommendation.

Having considered the entire record and finding no plain error in the proposed findings and recommendations, the Court hereby **ADOPTS** the Report and Recommendation as the findings of the Court, including the warning about the potential consequences of filing a third meritless lawsuit in the Southern District of Texas. Accordingly, this civil action is **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

**SIGNED** October 10, 2018.

Marina Garcia Marmolejo
United States District Judge